# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Alva De La Torre as Personal Representative of the Estate of Jesus V. Herrera, Deceased, and as the legal guardian of E.N.H. and V.R.H., <br><br> Plaintiff, <br><br> vs. <br><br> Whiting Oil and Gas Corporation; Whiting Petroleum Corporation; MBI Oil and Gas, LLC; Missouri Basin Well Service, Inc. d/b/a MBI Energy Services; MBI Energy Rentals, Inc.; MBI Energy Logistics, LLC; MBI Fishing and Rental; and Yankee Fishing and Rentals, Inc., <br><br> Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br><br> Case No. 1: 21-cv-072 |

___

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on December 3, 2021, at 9:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

**IT IS SO ORDERED.**

Dated this 28th day of July, 2021.

/s Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court